IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT PEEL                                                                                          PLAINTIFF

V.                                         No. 3:07CV00157 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

### ORDER

On Motion of Defendant, his time for filing Defendant's Reply Brief, or otherwise move, is hereby extended to and including August 18, 2008.

IT IS SO ORDERED this 7th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE