**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT PEEL                                                                                           PLAINTIFF

v.                                          3:07CV00157 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER

      Defendant has filed a Motion to Remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995). In pertinent part, this statutes provides the following:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

      The Commissioner seeks remand for further development of the record and to issue a new decision. Defendant indicates that Plaintiff's counsel was contacted and authorized Defendant to state that the Motion was not opposed. Under the circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

      IT IS THEREFORE ORDERED that Defendant's Motion to Remand (docket entry #12) is hereby GRANTED. All other pending motions are hereby rendered moot. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

      DATED this 7th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE