**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT PEEL                                                                                     PLAINTIFF

v.                                            3:07CV00157 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 7th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE